UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

SEAN ASHBY; REGINALD ASHBY; and
ENID ASHBY,

                Plaintiffs,

-against-   **ORDER AND**
                                                      **CIVIL JUDGMENT**

LASALLE NATIONAL BANK, AS TRUSTEE,     05-CV-3272 (DLI)
Under the pooling and Servicing Agreement
Dated November 1, 1998, Series 1998-4;
CITYSCAPE CORPORATION; FIRST
NATIONAL BANK OF BOSTON; FIRST
AMERICAN TITLE INSURANCE COMPANY
OF NEW YORK; USA BANKERS OF AMERICA,
INC.; QUICK HOME REALTY CORP.; PAUL
WOOTOEN, Esq.; GILBERT POLINSKY, Esq.;
KAZI A. HOSSAIN,

                Defendants.
_____X

On July 11, 2005, plaintiffs filed this *pro se* complaint and order to show cause. By Order dated July 19, 2005, the Court denied the order to show cause and dismissed the complaint for lack of subject matter jurisdiction. However, given plaintiffs *pro se* status, they were granted twenty days leave to replead their complaint. Plaintiffs have not filed an amended complaint. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed. The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

                                                                _____
                                                                DORA L. IRIZARRY
                                                                United States District Judge

Dated: Brooklyn, New York
        August 23, 2005